# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 12-cr-00022-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALEJANDRO HERNANDEZ-SARMIENTO,
2. AGUSTIN AGUIRRE-RAMIREZ,
3. LUIS REYNOSO-RODRIGUEZ,
4. ADRIAN HERNANDEZ, and
5. HUMBERTO VILLALOBOS,

    Defendants.

## ORDER OF RECUSAL

**Blackburn, J.**

The matter is before me *sua sponte*. Because of my professional involvement in pre-indictment proceedings involving one or more of the defendants in this case, I must recuse.

Pursuant to 28 U.S.C. § 455(a), "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  This section requires a judge to recuse himself when "a reasonable person, knowing all the facts, would harbor doubts about the judge's impartiality."  ***Bryce v. Episcopal Church in the Diocese of Colorado***, 289 F.3d 648, 659 (10th Cir. 2002) (citation omitted).  Proof of actual bias is not necessary; recusal is required if the facts, from an objective perspective, admit of the appearance of bias.  ***Id.***; ***Salt Lake Tribune Publishing Co. v. AT & T Corp.***, 353 F.Supp.2d 1160, 1172 (D. Utah 2005).

Given these standards, it is clear to me that my further participation in these

proceedings could well give rise to an objective appearance of bias; thus, warranting my *sua sponte* recusal and disqualification as required by 28 U.S.C. § 455 (a) and Canon 3.C(1) of the Code of Conduct for United States Judges, 175 F.R.D. 364, 368 (1998).[1]

**THEREFORE, IT IS ORDERED** as follows:

1. That the undersigned district judge is disqualified from presiding or acting further in this case; and

2. That this case shall be reassigned as provided by D.C.COLO.LCrR 50.1.

Dated January 27, 2012, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[1] This is not the type of conflict that the parties may waive. **See** 28 U.S.C. § 455(e). Nor is it one that may be excused if the judge already has invested "substantial time" in the matter. **See id.**, § 455(f).