# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover          Date:  April 4, 2013
Court Reporter:    Terri Lindblom
Probation Officer: Ryan Henry
Interpreter:       Catherine Bahr

Criminal Action No. 12-cr-00022-MSK

*Parties*:                              *Counsel*:

UNITED STATES OF AMERICA,               Kasandra Carleton

    Plaintiff,

v.

ALEJANDRO HERNANDEZ-                    Virginia Grady
SARMIENTO,

    Defendant.

_____

# SENTENCING MINUTES
_____

**3:05 p.m.      Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on January 30, 2013.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #176**).  Argument.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** The Government's Motion for Downward Departure (**Doc. #176**) is **GRANTED.**

**ORDER:** The Government's Motion for Decrease for Acceptance of Responsibility (**Doc. #177**) is **GRANTED.**

**ORDER:** The Government's Motion to Dismiss Count 2 (**Doc. #178**) is **DENIED as moot**.

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD. The Sentence is TIME SERVED.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**3:32 p.m.** **Court in recess.**

Total Time: 27 minutes.
Hearing concluded.